UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY VANCE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CPI CARD GROUP INC., STEVEN MONTROSS, DAVID BRUSH, JERRY DREILING, BRADLEY SEAMAN, NICHOLAS PETERS, ROBERT PEARCE, DAVID ROWNTREE, TRICOR PACIFIC CAPITAL PARTNERS (FUND IV), LIMITED PARTNERSHIP, TRICOR PACIFIC CAPITAL PARTNERS (FUND IV) US, LIMITED PARTNERSHIP, TRICOR PACIFIC CAPITAL, INC., BMO CAPITAL MARKETS CORP., GOLDMAN, SACHS & CO., CIBC WORLD MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., RAYMOND JAMES & ASSOCIATES, INC., SCOTIA CAPITAL (USA) INC. and GRIFFITHS MCBURNEY CORP., <br><br> Defendants. | No. 1:16-cv-04531-LAK <br><br> ECF Case <br><br> USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 8/30/16 |

*(Additional caption on following page)*

[~~PROPOSED~~] ORDER GRANTING THE MOTION OF ALEX STEWART ^to the extent provided herein^ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

Case 1:16-cv-04531-LAK Document 64-1 Filed 08/15/16 Page 2 of 5

| | |
|---|---|
| STERLING CHIPMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>CPI CARD GROUP INC., STEVEN MONTROSS, DAVID BRUSH, JERRY DREILING, BRADLEY SEAMAN, NICHOLAS PETERS, ROBERT PEARCE, DAVID ROWNTREE, TRICOR PACIFIC CAPITAL PARTNERS (FUND IV), LIMITED PARTNERSHIP, TRICOR PACIFIC CAPITAL PARTNERS (FUND IV) US, LIMITED PARTNERSHIP, TRICOR PACIFIC CAPITAL, INC., BMO CAPITAL MARKETS CORP., GOLDMAN, SACHS & CO., CIBC WORLD MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., RAYMOND JAMES & ASSOCIATES, INC., SCOTIA CAPITAL (USA) INC. and GRIFFITHS MCBURNEY CORP.,<br><br>                      Defendants. | No. 1:16-cv-04539-ALC<br><br>ECF Case |

Case 1:16-cv-04531-LAK   Document 64-1   Filed 08/15/16   Page 3 of 5

Having considered the motion of Alex Stewart ("Stewart") for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of selection of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion [16cv4531 DI 64] is GRANTED, *to the extent set forth herein.* /s/ LR

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Consolidated Action.

3. A Master File is established for this proceeding. The Master File shall be Case No. 16-cv-04531. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. Every pleading in the Consolidated Action shall have the following caption:

| | | |
|---|---|---|
| IN RE CPI CARD GROUP INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 16-cv-04531 |

5. Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to the consolidation of any subsequently-filed or transferred related action.

6. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints Stewart as Lead Plaintiff.

Case 1:16-cv-04531-LAK Document 64-1 Filed 08/15/16 Page 4 of 5

7. Stewart's selection of Michael W. Stocker, Labaton Sucharow LLP as Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. to direct and coordinate the examination of witnesses in depositions;

    d. to act as spokesperson at pretrial conferences;

    e. to call and chair meetings of Plaintiffs' counsel as appropriate or necessary from time to time;

    f. to initiate and conduct any settlement negotiations with Defendants' counsel;

    g. to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h. to consult with and employ experts;

Case 1:16-cv-04531-LAK   Document 64-1   Filed 08/15/16   Page 5 of 5

    i.    to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

    j.    to perform such other duties as may be expressly authorized by further order of this Court.

IT IS SO ORDERED.

Dated: __8/29/16__, 2016

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE