**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| : | No. 16 Civ. 04531 (LAK) |
| : | |
| : | **DECLARATION OF** |
| IN RE CPI CARD GROUP INC.  : | **ALFRED L. FATALE III** |
| SECURITIES LITIGATION  : | |
| : | |
| : | |
| : | |

ALFRED L. FATALE III declares pursuant to 28 U.S.C. § 1746 that:

1.      I am a member of the Bar of this Court and an associate of Labaton Sucharow LLP ("Labaton Sucharow"), Lead Counsel for Lead Plaintiff, Alex Stewart, and the Class.

2.      I submit this declaration in support of Lead Plaintiff's Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel.

3.      Attached hereto as **Exhibit A** is a true and accurate copy of the Consolidated Class Action Complaint for Violations of the Federal Securities Laws dated and filed in the above-captioned action on October 17, 2016.

4.      Attached hereto as **Exhibit B** is a true and accurate copy of the Registration Statement filed on Form S-1/A by CPI Card Group Inc. ("CPI") with the U.S. Securities and Exchange Commission ("SEC") on October 8, 2015.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of the Prospectus filed on Form 424(b)(4) by CPI with the SEC on October 9, 2015.

6.      Attached hereto as **Exhibit D** is a true and accurate copy of the Declaration of Alex Stewart in Support of Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel, executed April 12, 2018.

7.       Attached hereto as **Exhibit E** is a true and accurate copy of CPI's October 15, 2015 press release announcing the closing of the company's initial public offering filed on Form 8-K by CPI with the SEC on October 21, 2015.

8.       Attached hereto as **Exhibit F** is a true and accurate copy of Labaton Sucharow's firm résumé.

9.       Attached hereto as **Exhibit G** is a true and accurate copy of the Order Awarding Lead Counsel Attorneys' Fees and Litigation Expenses filed in *In re DG Fastchannel Sec. Litig.*, No. 10-cv-6523 (S.D.N.Y.), on September 13, 2011.

I, declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: New York, New York
       April 23, 2018

   /s/ Alfred L. Fatale III
       Alfred L. Fatale III