# Labaton Sucharow

Jonathan Gardner
Partner
212 907 0839 direct
212 907 0700 main
212 883 7039 fax
jgardner@labaton.com

New York Office
140 Broadway
New York, NY 10005

September 17, 2018

**Via ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re CPI Card Group, Inc. Sec. Litig.*, No. 16-cv-4531 (LAK)

Dear Judge Kaplan:

I write on behalf of all parties in the above-referenced action to update the Court on the ongoing settlement negotiations previously referenced in the parties' August 30, 2018 Joint Status Report (ECF No. 147).

The parties have been proceeding diligently with confirmatory discovery and the preparation and negotiation of a settlement agreement, proposed notice to stockholders, and supporting papers. While the parties had hoped to complete those efforts by September 17, 2018, they are continuing to negotiate the settlement documentation and estimate that they will be prepared to file the documentation with the Court on or before September 24, 2018.

Respectfully submitted,

Jonathan Gardner

cc: Counsel of Record (via ECF)