UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re CPI CARD GROUP INC. SECURITIES LITIGATION | No. 16-cv-4531 (LAK) |

# DECLARATION OF JONATHAN GARDNER IN SUPPORT OF LEAD PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR AUTHORIZATION TO NOTIFY SETTLEMENT CLASS OF PROPOSED SETTLEMENT AND TO SCHEDULE A SETTLEMENT HEARING

I, JONATHAN GARDNER, declare pursuant to 28 U.S.C. §1746:

1. I am court-approved lead counsel in the above-captioned action (the "Action") and a partner of Labaton Sucharow LLP. I am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Authorization to Notify Settlement Class of Proposed Settlement and to Schedule a Settlement Hearing. I have personal knowledge of the matters testified to herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of September 21, 2018, with annexed exhibits.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the resume of Labaton Sucharow LLP.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the firm resume of A.B. Data, Ltd., the proposed claims administrator for the Settlement.

5. Annexed hereto as Exhibit 4 is a true and correct copy of a revised long-form settlement notice, in redline format, showing the revisions that disclose both Lead Plaintiff's and Defendants' positions on damages, assuming Lead Plaintiff were to prevail on liability, pursuant to the Court's Memo Endorsement entered October 1, 2018 (ECF No. 155).

I declare, under penalty of perjury, that the foregoing is true and correct and to the best of my knowledge.

DATED: October 15, 2018

/s/ *Jonathan Gardner*
JONATHAN GARDNER

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, I caused the foregoing Declaration of Jonathan Gardner In Support of Lead Plaintiff's Renewed Unopposed Motion for Authorization to Notify Settlement Class of Proposed Hearing and to Schedule a Settlement Hearing to be served electronically through the Court's ECF system upon all ECF participants.

*/s/* Jonathan Gardner
Jonathan Gardner