**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CPI CARD GROUP INC. SECURITIES LITIGATION | No. 16 Civ. 04531 (LAK) |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR APPROVAL OF**
**CLASS ACTION SETTLEMENT**
**AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE, that Court-appointed Lead Plaintiff Alex Stewart ("Lead Plaintiff"), on behalf of himself and all other members of the proposed Settlement Class, through his counsel counsel, will move this Court on February 5, 2019 at 4:30 p.m., before the Honorable Lewis A. Kaplan, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits and is filing herewith: (1) the Memorandum of Law in Support of Lead Plaintiff's Motion for Approval of Class Action Settlement and Approval of Plan of Allocation, dated December 31, 2018; and (2) the Declaration of Jonathan Gardner in Support of (I) Lead Plaintiff's Motion for Approval of Proposed Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for Award of Attorneys' Fees and Payment of Litigation Expenses, dated December 31, 2018, with annexed exhibits.

Proposed Orders will be submitted with Lead Plaintiff's reply submission on or before January 29, 2019, after the deadlines for objecting and seeking exclusion have passed.

Dated: December 31, 2018                    Respectfully submitted,

                                            **LABATON SUCHAROW LLP**

                                            /s/ *Jonathan Gardner*
                                            Jonathan Gardner
                                            Michael P. Canty
                                            Alfred L. Fatale
                                            Ross M. Kamhi

                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: 212-907-0700

Facsimile: 212-818-0477
jgardner@labaton.com
mcanty@labaton.com
afatale@labaton.com
rkamhi@labaton.com

*Lead Counsel for Court-Appointed Lead Plaintiff Alex Stewart and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, I caused the foregoing Notice of Lead Plaintiff's Motion for Approval of Class Action Settlement and Approval of Plan of Allocation to be served electronically through the Court's ECF system upon all registered ECF participants.

*/s/ Jonathan Gardner*
Jonathan Gardner
