**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CPI CARD GROUP INC. SECURITIES LITIGATION | No. 16 Civ. 04531 (LAK) |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

PLEASE TAKE NOTICE, that Jonathan Gardner of Labaton Sucharow LLP, Court-appointed Lead Counsel in the above-captioned action (the "Action"), will move this Court on February 5, 2019 at 4:30 p.m., before the Honorable Lewis A. Kaplan, for entry of an Order, pursuant to Rules 23(h) and 54 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; (2) paying litigation expenses incurred in prosecuting the Action; and (3) reimbursing Lead Plaintiff, as authorized by the Private Securities Litigation Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (1) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated December 31, 2018; and (2) the Declaration of Jonathan Gardner in Support of (I) Lead Plaintiff's Motion for Approval of Proposed Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for Award of Attorneys' Fees and Payment of Litigation Expenses, dated December 31, 2018, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before January 29, 2019, after the deadline for objecting has passed.

Dated: December 31, 2018                    Respectfully submitted,

**LABATON SUCHAROW LLP**

/s/ *Jonathan Gardner*
Jonathan Gardner
Michael P. Canty
Alfred L. Fatale
Ross M. Kamhi

140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
jgardner@labaton.com

mcanty@labaton.com
afatale@labaton.com
rkamhi@labaton.com

*Lead Counsel for Court-Appointed Lead Plaintiff Alex Stewart and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, I caused the foregoing Notice of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses to be served electronically through the Court's ECF system upon all registered ECF participants.

                                                */s/ Jonathan Gardner*
                                                Jonathan Gardner