# Exhibit 6

*CPI CARD GROUP INC. SECURITIES LITIGATION*

No. 16-cv-4531 (LAK) (S.D.N.Y.)

## SUMMARY OF LODESTARS AND EXPENSES

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---:|---:|---:|
| Labaton Sucharow LLP | 2,862.80 | $1,648,735.00 | $102,801.19 |
| Goldberg Law PC | 15.10 | $10,947.50 | $0.00 |
| The Schall Law Firm | 33.00 | $18,150.00 | $3,000.00 |
|  |  |  |  |
| **TOTALS** | **2,910.90** | **$1,677,832.50** | **$105,801.19** |