```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re

CPI CARD GROUP INC. SECURITIES LITIGATION                    16-Civ-4531 (LAK)

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The order granting the motion to approve the proposed settlement [DI 166] is vacated. The fairness hearing will be held on February 5, 2019 at 4:30 pm as scheduled.

       SO ORDERED.

Dated:     January 28, 2019

                                                  Lewis A. Kaplan
                                            United States District Judge