USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CPI CARD GROUP INC. SECURITIES LITIGATION          16-Civ-4531 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

      The motion to approve the proposed settlement [DI 161] is granted, as the Court concludes that the settlement is fair, reasonable and adequate.

      SO ORDERED.

Dated:      February 6, 2019

_____
Lewis A. Kaplan
United States District Judge