USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 18 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

In re

CPI CARD GROUP INC. SECURITIES LITIGATION

16-cv-4531 (LAK)
16-cv-4539 (LAK)

--------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

No. 16-cv-4539 was consolidated with 16-cv-4531. The final judgment entered in No. 16-cv-4531 [DI 172] is hereby amended by adding to the caption docket number 16-cv-4539. That judgment shall be entered also on the docket in No. 16-cv-4539 and closes the latter case as well. The Clerk shall close 16-cv-4539.

SO ORDERED.

Dated: Septembe 18, 2019

Lewis A. Kaplan
United States District Judge